IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **LITTLE LADNER** | § | **PLAINTIFF** |
| | § | |
| v. | § | Civil Action No. 1:11cv437-HSO-RHW |
| | § | |
| **WOODLAND VILLAGE** | § | |
| **NURSING CENTER** | § | **DEFENDANT** |

## FINAL JUDGMENT

THIS CAUSE came before the Court on August 19 through August 20, 2013, for trial without a jury. After consideration of the arguments of counsel, the testimony and exhibits, the record, and relevant legal authorities, and for the reasons more fully stated in this Court's Findings of Fact and Conclusions of Law read into the record at the conclusion of the trial, which are incorporated herein by reference, and pursuant to Federal Rules of Civil Procedure 52 and 58, and in accordance with the prior rulings of this Court,

**IT IS, THEREFORE, ORDERED AND ADJUDGED**, that judgment is rendered in favor of Defendant Woodland Village Nursing Center on all claims asserted by Plaintiff Little Ladner.

**IT IS, FURTHER, ORDERED AND ADJUDGED**, that Plaintiff's claims in this action are **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 20th day of August, 2013.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE